FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

97 JAN -8 PM 1:58

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| TIMOTHY JEMISON, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 96-C-2667-S |
| TERESA McCLENDON, et al, | ) | |
| Defendants. | ) | |

**ENTERED**
JAN 8 1997

## MEMORANDUM OF OPINION

On December 20, 1996, the magistrate judge's report and recommendation was filed and the plaintiff was allowed fifteen (15) days to file objections to the recommendations made by the magistrate judge. On December 30, 1996, the plaintiff filed objections. The plaintiff, along with defendants Jim Woodward, Ted Williams, and T. A. Salter, also have motions pending.

After careful consideration of the record in this case, and the Magistrate Judge's Report and Recommendation, and the objections thereto, the court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed as frivolous. It is further determined that the plaintiff's motions are due to be denied, and that the defendants' motions are moot. An appropriate order will be entered.

DONE and ORDERED this _8th_ day of January, 1997.

U. W. CLEMON,
UNITED STATES DISTRICT JUDGE

53